# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JERALD REY COSTA, JR.,<br><br>                Petitioner,<br>  v.<br>ISIDRO BACA, et. al,<br><br>                Respondents. | Case No. 3:16-cv-00705-HDM-CLB<br><br>**ORDER** |

The respondents' first and second motions for enlargement of time to file a response to the petition (ECF Nos. 17 & 18) are granted *nunc pro tunc* to August 8, 2022, and September 7, 2022, respectively.

IT IS SO ORDERED.

DATED: this 9th day of March, 2023.

*/s/ Howard D. McKibben*
UNITED STATES DISTRICT JUDGE