UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JERALD REY COSTA, JR.,<br><br>Petitioner,<br><br>v.<br><br>ISIDRO BACA, *et al.*,<br><br>Respondents. | Case No. 3:16-cv-00705-HDM-CLB<br><br>ORDER |

In this is a federal habeas proceeding under 28 U.S.C. § 2254, petitioner, Jerald Rey Costa, Jr., has filed a motion asking the court to allow him an additional 30 days to file a reply to respondents' answer (ECF No. 31). ECF No. 43. Good cause appearing, the court will grant the extension.

**IT IS THEREFORE ORDERED** that Costa's motion for extension of time (ECF No. 43) is GRANTED. Costa has until May 1, 2024, to file a reply to respondents' answer (ECF No. 31).

DATED this 3rd day of April, 2024.

*[signature]*

UNITED STATES DISTRICT JUDGE