UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JERALD REY COSTA, JR., <br><br> Petitioner, <br><br> v. <br><br> ISIDRO BACA, *et al.*, <br><br> Respondents. | Case No. 3:16-cv-00705-HDM-CLB <br><br> ORDER |

**IT IS HEREBY ORDERED** that the petitioner's motions for extension of time to file his reply (ECF Nos. 45 & 46) are GRANTED *nunc pro tunc* to April 20, 2024, and May 15, 2024, respectively.

DATED this 11th day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE